**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JESSICA EDWARDS** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 23-2438** |
| | : | |
| **LEHIGH TOWNSHIP, SCOTT FOGEL** | : | |

# ORDER

**AND NOW**, this 23rd day of February 2024, it having been reported the above captioned

matter is settled through Judge Hey's efforts, it is **ORDERED**:

1.      This action is **DISMISSED WITH PREJUDICE** under Local Rule of Civil

Procedure 41.1(b);[1] and,

2.      The Clerk of Court shall mark this matter **CLOSED**.

_____
**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).